Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: **14-14201-F**

| Caption: | |
|---|---|
| Elvan Moore, <br><br> v. <br><br> Kevin Pederson. | District and Division: Middle District of Florida, Orlando <br> Name of Judge: Gregory A. Presnell <br> Nature of Suit: 42 U.S.C. 1983 <br> Date Complaint Filed: 02/08/2013 <br> District Court Docket Number: 6:13-cv-00224-GAP-GJK <br> Date Notice of Appeal Filed: 10/15/2014 <br> ☐ Cross Appeal  ☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes  ☒ No <br> If Yes, provide <br> (a) Caption: <br> (b) Citation: <br> (c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant: <br> ☒ Plaintiff <br> ☐ Defendant <br> ☐ Other (Specify) | Carlus Haynes <br> Haynes & Laurent | 5401 South Kirkman Road <br> Suite 620 <br> Orlando, FL 32819 | 407 246 0077 <br> 407 246 0078 <br> champ@fighting4ulaw.com |
| For Appellee: <br> ☐ Plaintiff <br> ☒ Defendant <br> ☐ Other (Specify) | Thomas W. Poulton, Esq <br> Debevoise & Poulton | Lakeview Office Park <br> Suite 1010 <br> 1035 S. Semoran Boulevard <br> Winter Park, FL 32792 | 407 673 5000 <br> 407 673 5059 <br> poulton@debevoisepoulton.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question <br> ☐ Diversity <br> ☐ US Plaintiff <br> ☐ US Defendant | ☒ Final Judgment, 28 USC 1291 <br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☐ Interlocutory Order, Qualified Immunity <br> ☐ Final Agency Action (Review) <br> ☐ 54(b) | ☐ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☒ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☐ Injunction <br> ☐ Other _____ | Amount Sought by Plaintiff: <br> $ 152,500.00 <br> Amount Sought by Defendant: <br> $ <br> Awarded: <br> $ <br> to <br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary  ☐ Granted <br> ☐ Permanent  ☐ Denied |

Page 2                                                                      11th Circuit Docket Number: __14=14201-F__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☒ No
What is the issue you claim is one of First Impression?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☒ Yes  ☐ No

If Yes, provide
(a) Case Name/Statute       Payton v. New York
(b) Citation                445 U.S. 573 (1980)
(c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☒ No

If Yes, provide
(a) Case Name
(b) Citation
(c) Docket Number if unreported
(d) Court or Agency

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☒ No
(b) Among circuits?  ☐ Yes  ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

1. The District Court erred in determining Officer Kevin Pederson was entitled to qualified immunity on the basis that the law regarding warrantless entry into one's home was not clearly established.
2. Finding that Pederson's suspicion that Moore had been engaged in the disturbance outside was reasonable is not supported in the record, and therefore, Pederson's application of Terry does not make his actions subject to qualified immunity.
3. The law is well established that reasonable suspicion is insufficient to gain entry into one's home.
4. The law regarding prohibition of entering one's home without a warrant to effectuate a misdemeanor arrest is clearly established.
Please see attached addendum A.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __22__ DAY OF __October__, __2014__.

Carlus Haynes
NAME OF COUNSEL (Print)                                    SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CIVIL APPEAL STATEMENT
14-14201-F

ADDENDUM A

5. The District Court erred in determining that Pederson was acting within his discretionary authority when the incident occurred.

6. The District Court's dismissal of the state claims was in error.

7. The District Court erred in failing to grant summary judgment in favor of Moore.